(INND Rev. 8/16)

**FILED**
NOV 03 2020
At ROBERT N. ___ M
U.S. DISTRICT COURT Clerk
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.*]

Sylvia E. Flores,
[*You are the PLAINTIFF, print your full name on this line.*]

v.

Family Christian Center World Inc
[*The DEFENDANT is who you are suing.*]

Case Number **2:20CV394**
[*For a new case in this court, leave blank.
The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 3234 Glenwood St Highland IN 46322

2. My telephone number is: (219) 359-8174

3. The Defendant's address is: 340 W. 45th St Munster, IN 46321

4. This action is brought for employment discrimination pursuant to:

   ☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
   [*race, color, gender, religion, national origin*]

   ☐ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ☑ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ☐ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: 12/14/2018

6. The date on my Notice of Right to Sue letter is: 8/11/2020

7. The date I received my Notice of Right to Sue letter was: 8/13/2020

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 8/16)                                                                                                      page 2

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Edgar E. fired me on July 19 2018 from Family Christian Center Church. He said he could no longer work with my disabilities and needed manpower. I asked him to say it again and he repeated himself. I asked him if I was being fired he said no. My reply was so I'm returning. He said no I said so you're firing me because you can no longer work with my disability and you need more men on the team. Valarie B. was also present in the meeting.

2. The problems began when I was asked to go to other members house or other sights that had nothing to do with Family Christian Center. I was told if I got hurt on another sight to say it was done at work Family Christian Center. I declined the jobs and it began to be a problem.

3. When I got hired it was agreed I'd get paid 2x monthly. Checks were not given on time and bounced. But I was expected to work and volunteer in the same department and not get paid. Pay checks were direct deposit Then turned into printed checks not showing net pay taxes or hours I worked. When asked to get my hours and taxes Jackie from accounting said she couldn't get the information.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 8/16) page 3

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

The Judge to rule in my favor. Family Christian Center cannot treat employees any way they feel.

**DOCUMENTS** – I have attached a copy of the following documents:

- ☑ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission
- ☑ Notice of Right to Sue letter
- ☐ Other: _____

**FILING FEE** – Are you paying the filing fee?

- ☐ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

SEF  I will keep a copy of this complaint for my records.
SEF  I will promptly notify the court of any change of address.
SEF  I declare **under penalty of perjury** that the statements in this complaint are true.

Silveria E. Flores                                           11/3/2020
Signature                                                       Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]